**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7545**

IGOR KOOB,

                    Petitioner - Appellant,

          v.

HAROLD W. CLARKE, Director, Virginia Department of
Corrections,

                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Douglas E. Miller, Magistrate
Judge.  (2:11-cv-00195-DEM)

Submitted:  February 23, 2012        Decided:  February 28, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Igor Koob, Appellant Pro Se.  Susan Mozley Harris, Assistant
Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Igor Koob seeks to appeal the magistrate judge's order denying relief on his 28 U.S.C. § 2254 (2006) petition.[*] The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Koob has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. 5 636(c) (2006).

2

and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED